IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:21-cr-00501-BHH-1 |
| | ) | |
| v. | ) | |
| | ) | |
| STAR BARKLEY | ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE AS TO STAR BARKLEY

This matter is before the court on the motion of the United States for an Amended Preliminary Order of Forfeiture as to Defendant Star Barkley ("Barkley", "Defendant"), based upon the following:

1.    On August 11, 2021, a multi-count Indictment was filed charging Barkley with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349, and ten counts of wire fraud, in violation of 18 U.S.C. § 1343.

2.    Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon Barkley's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States.  As specified therein, such assets include, but are not limited to the following:

Proceeds/Forfeiture Judgment[1]:

A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of approximately $153,460.00 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of 18 U.S.C. §§ 1343 and 1349.

3.      On April 25, 2022, Barkley pled guilty to the charge of conspiracy to commit wire fraud and pursuant to a written plea agreement, agreed to forfeiture.

4.      On December 21, 2023, Barkley was sentenced to probation for a term of five (5) years and ordered to pay $110,177.06 in restitution.

5.      Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

6.      The court has determined that the government has established the requisite nexus between the forfeiture judgment and the offense for which Barkley has been convicted; therefore, the United States is entitled to an amended preliminary order of forfeiture.

Accordingly, it is hereby **ORDERED,**

1.      The below-described property, and all rights and title, and interest of the Defendant, Star Barkley, in and to such property, is hereby forfeited to the United States of America for disposition in accordance with the law.

---

[1] The government is pursuing a forfeiture judgment in the amount of $110,177.06, which is the amount of restitution the Defendant owes to the victims.

2.      FORFEITURE IS ORDERED against Barkley and in favor of the United States for $110,177.06. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order to substitute property to satisfy the forfeiture judgment.

3.      The United States may sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4.      Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

5.      The government is not required to publish notice regarding the forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6.      Upon entry of the criminal judgment, this Order becomes final as to Defendant, and shall be made a part of the sentence and included in the criminal judgment.

7.      The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8.      The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.


s/ Bruce Howe Hendricks
_____
BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

January 22
_____, 2024
Charleston, South Carolina